IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frandy Joseph, | No. CV-25-03754-PHX-DJH (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| David R Rivas, et al., | |
| Respondents. | |

The Court has reviewed Petitioner's Emergency Motion for a Hearing (Doc. 21), on his Motion for TRO (Doc. 3). Counsel for Petitioner explains Petitioner contacted counsel to advise him ICE plans to remove him at 6:00 p.m. on this date to Mexico. The Court will stay Petitioner's removal pending briefing on his pending motion.

In his Petition, Petitioner alleged he was ordered removed to Haiti, but his removal was not significantly likely to occur in the reasonably foreseeable future and, as a result, his detention had become unreasonably prolonged. Petitioner also alleged his potential removal to any third county violates his due process rights because he has not been given sufficient notice of the proposed third country or an opportunity request deferral or withholding of removal under the Convention Against Torture. Petitioner also filed a Motion for Temporary Restraining Order and Preliminary Injunction. The Court ordered expedited briefing.

In their Response to the motion for injunctive relief, Respondents claim that "ICE is actively working on effectuating Petitioner's removal to Haiti, rebutting any claims that

1  there is no significant likelihood that he will be removed to Haiti in the reasonably
2  foreseeable future." (Doc. 11.)  Yet, in Petitioner's pending motion for emergency hearing,
3  counsel reported Petitioner was informed he will be removed to Mexico on November 13,
4  2025, at 6:00 p.m.  There is nothing in the record regarding the evolution of Petitioner's
5  removal to Haiti as of October 24, 2025, and the decision to instead remove him to Mexico
6  on November 13, 2025.  That evidentiary gap highly suggests that Petitioner was not
7  provided adequate process to request deferral of removal under the Convention Against
8  Torture in violation of his due process rights.

9        The Court will therefore stay Petitioner's removal to Mexico, pending briefing on
10 Petitioner's Motion.  Respondents will be required to file a response accompanied by a
11 declaration signed under penalty of perjury, stating the reasons Petitioner was unable to be
12 removed to Haiti, the specific notice provided to Petitioner of his removal to Mexico, the
13 opportunity Petitioner received to request deferral or withholding of removal, what efforts
14 Respondents undertook to evaluate Petitioner's request if made, and the basis for choosing
15 Mexico as an alternate country of removal.

16       **IT IS THEREFORE ORDERED** Petitioner's Emergency Motion for Hearing
17 (Doc. 21) is **granted** to the extent Petitioner's **REMOVAL TO MEXICO IS STAYED**
18 pending full resolution of Petitioner's motion.  Petitioner's Emergency Motion must
19 remain pending.

20       **IT IS FURTHER ORDERED** no later than 4:00 p.m. November 14, 2025,
21 Respondents must file a response accompanied by a declaration signed under penalty of
22 perjury, indicating the reasons Petitioner was unable to be removed to Haiti, the specific
23 notice provided to Petitioner of his removal to Mexico, the opportunity Petitioner received
24 to request deferral or withholding of removal, what efforts Respondents undertook to
25 evaluate Petitioner's request if made, and the basis for choosing Mexico as an alternate
26 country of removal.

27       **IT IS FURTHER ORDERED** Petitioner may file a reply no later than 3:00 p.m.
28 on Monday November 17, 2025.

1    **IT IS FURTHER ORDERED** the Court will set a hearing by separate order if
2 necessary after review of the forthcoming briefing.
3    Dated this 13th day of November, 2025.

Honorable Diane J. Humetewa
United States District Judge